1 | JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail: *jhallam@sideman.com*
2 | LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail: *lfeuchtbaum@sideman.com*
3 | SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
4 | San Francisco, California 94111-3711
Telephone: (415) 392-1960
5 | Facsimile: (415) 392-0827

6 | Attorneys for Plaintiff
MAGPUL INDUSTRIES CORP.

7

**SEALED
BY COURT ORDER**

RECEIVED
APR - 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

CV 14 1556 JCS

11 | MAGPUL INDUSTRIES CORP.,

Case No.

12 | Plaintiff,

[~~PROPOSED~~] ORDER GRANTING
LEAVE TO SERVE BY EMAIL

13 | v.

14 | JOHN DOE 1-10,

15 | Defendants.

16

17 | **ORDER**

18 | Plaintiff MAGPUL INDUSTRIES CORP.'S ("Magpul's") Ex Parte Application seeking

19 | leave to serve defendants by email, and other relief, with supporting papers, were presented to this

20 | Court. After full consideration of the matter and for good cause shown, Magpul's Application is

21 | GRANTED.

22 | The Court finds that Magpul has presented sufficient facts to demonstrate that serving

23 | Defendants JOHN DOE 1-10 ("Defendants") by email at "arctictrader@yahoo.co.uk,"

24 | "buzzybeecentral@yahoo.co.uk," and "sj_group@foxmail.com" is reasonably calculated under all

25 | circumstances to apprise Defendants of the pendency of the action and afford them an opportunity

26 | to appear in this matter to respond to the complaint, and to present their objections to any

27 | applications made to the Court in this matter. The Court further finds that there are no

28 | international agreements that prohibit this method of service for the People's Republic of China,

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1

1  nor for Hong Kong.

2      **IT IS THEREFORE ORDERED** that:

3      Magpul may accomplish service upon Defendants by emails that are sent to the following

4  three email addresses: (1) arctictrader@yahoo.co.uk; (2) buzzybeecentral@yahoo.co.uk, and (3)

5  sj_group@foxmail.com.

6  DATED: April 15, 2014

7

8  _____

   Judge, United States District Court

9  7758-11\2046283v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

[PROPOSED] ORDER GRANTING LEAVE TO SERVE BY EMAIL

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711