1 JEFFREY C. HALLAM (State Bar No. 161259)
  E-Mail:     *jhallam@sideman.com*
2 LOUIS P. FEUCHTBAUM (State Bar No. 219826)
  E-Mail:     *lfeuchtbaum@sideman.com*
3 DAVID W. FERMINO (State Bar No. 154131)
  E-Mail:     *dfermino@sideman.com*
4 SIDEMAN & BANCROFT LLP
  One Embarcadero Center, Twenty-Second Floor
5 San Francisco, California 94111-3711
  Telephone:     (415) 392-1960
6 Facsimile:     (415) 392-0827

7 Attorneys for Plaintiff
  MAGPUL INDUSTRIES CORP.

8

9                **UNITED STATES DISTRICT COURT**

10     **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

12 MAGPUL INDUSTRIES CORP.,                    Case No.

13              Plaintiff,                     **[AMENDED ~~PROPOSED~~] ORDER
                                               GRANTING LEAVE TO SERVE BY
14       v.                                    EMAIL**

15 JOHN DOE 1-10,

16              Defendants.

17

18                      __ORDER__

19       Plaintiff MAGPUL INDUSTRIES CORP.'S ("Magpul's") Ex Parte Application seeking

20 leave to serve defendants by email, and other relief, with supporting papers, were presented to this

21 Court. After full consideration of the matter and for good cause shown, Magpul's Application is

22 GRANTED.

23       The Court finds that Magpul has presented sufficient facts to demonstrate that serving

24 Defendants JOHN DOE 1-10 ("Defendants") by email at "arctictraders@yahoo.co.uk,"

25 "buzzybeecentral@yahoo.co.uk," and "sj_group@foxmail.com" is reasonably calculated under all

26 circumstances to apprise Defendants of the pendency of the action and afford them an opportunity

27 to appear in this matter to respond to the complaint, and to present their objections to any

28 applications made to the Court in this matter. The Court further finds that there are no

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1   international agreements that prohibit this method of service for the People's Republic of China,

2   nor for Hong Kong.

3       **IT IS THEREFORE ORDERED** that:

4       Magpul may accomplish service upon Defendants by emails that are sent to the following

5   three email addresses: (1) arctictraders@yahoo.co.uk; (2) buzzybeecentral@yahoo.co.uk, and (3)

6   sj_group@foxmail.com.

7   DATED: April 16, 2014

8

9

10                                  Judge, United States District Court

LAW OFFICES

SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28