IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGPUL INDUSTRIES CORP., | |
| Plaintiff, | No. C 14-01556 JSW |
| v. | |
| JOHN DOE 1-10, | **ORDER REGARDING HEARING** |
| Defendants. | |

The Court HEREBY CONTINUES the hearing on the motion for preliminary injunction for one hour, to 11:00 a.m. on April 28, 2014. At the hearing, Plaintiff Magpul Industries Corporation shall be prepared to discuss whether an undertaking should be required and if so, for what amount.

**IT IS SO ORDERED.**

Dated: April 24, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE