JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail:     jhallam@sideman.com
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:     lfeuchtbaum@sideman.com
DAVID W. FERMINO (State Bar No. 154131)
E-Mail:     dfermino@sideman.com
ANDREW R. J. MUIR (State Bar No. 284817)
E-Mail:     amuir@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Plaintiff
MAGPUL INDUSTRIES CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MAGPUL INDUSTRIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> TONG ZEJUN, an individual, and JOHN DOES 1-10, inclusive <br><br> Defendants. | Case No. 4:14-cv-1556 JSW <br><br> **[PROPOSED]** ORDER GRANTING *NUNC PRO TUNC* AMENDMENT |

## [PROPOSED] ORDER

Plaintiff MAGPUL INDUSTRIES CORP.'S ("Magpul's") *Ex Parte* Application to Amend Order Authorizing Service by Email *Nunc Pro Tunc* to Include Service to Tong Zejun, with supporting papers, were presented to this Court. After full consideration of the matter, and for good cause shown, Magpul's Application is GRANTED.

The Court's Order of April 16, 2014, which granted Magpul leave to serve Defendants JOHN DOE 1-10 by email [ECF No. 27], is hereby amended *nunc pro tunc* to include Defendant TONG ZEJUN among the parties who may be served by email. Any filings that were served on or

after April 16, 2014, upon Tong Zejun, at the email addresses specified in the Court's Order [ECF No. 27], are deemed to have been effectively served.

In all other respects, the Amended Order Granting Leave to Serve by Email shall remain in effect as filed on April 16, 2014.

IT IS SO ORDERED

DATED: July 11, 2014

*[signature: Jeffrey S. White]*

Hon. Jeffrey S. White
United States District Judge

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

2   4:14-cv-1556 JSW
[PROPOSED] ORDER GRANTING *NUNC PRO TUNC* AMENDMENT