JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail:     jhallam@sideman.com
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail:     lfeuchtbaum@sideman.com
DAVID W. FERMINO (State Bar No. 154131)
E-Mail:     dfermino@sideman.com
ANDREW R. J. MUIR (State Bar No. 284817)
E-Mail:     amuir@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Plaintiff
MAGPUL INDUSTRIES CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MAGPUL INDUSTRIES CORP.,<br><br>Plaintiff,<br><br>v.<br><br>TONG ZEJUN, an individual, and JOHN DOE 1-10, inclusive<br><br>Defendants. | Case No. 4:14-cv-1556 JSW<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Honorable Jeffrey S. White<br>Date:    July 25, 2014<br>Time:    11:00 am<br>Crtrm.:  5 |

### ORDER

Plaintiff MAGPUL INDUSTRIES CORP. ("Magpul") has requested a continuance of the Case Management Conference, which is presently set for Friday, July 25, 2014, at 11:00 a.m., because a Case Management Conference may be unnecessary since none of the defendants have responded to the First Amended Complaint, and Magpul will be filing a Motion for Entry of Default Judgment this week. Magpul requests that this continuance be sufficient to allow the Court to decide Magpul's Motion for Entry of Default Judgment prior to the Case Management Conference. After full consideration of the matter, and for good cause shown,

/ / /

/ / /

**IT IS THEREFORE ORDERED** that Magpul's request for a continuance of the Case Management Conference is GRANTED. The Case Management Conference will be continued until <u>October 17</u>, 2014.

Dated: <u>July 21, 2014</u>

_____
Judge, United States District Court

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711