**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAGPUL INDUSTRIES CORP.,

    Plaintiff,

v.

TONG ZEJUN, et al.,

    Defendants.

No. C 14-01556 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Vadas (ECF No. 72), in which he recommends that the Court grant Plaintiff's motion for default judgment (ECF No. 63), and enter judgment against Defendant Tong as follows:

> Tong, and those acting at his direction, be forever enjoined from: (1) using Magpul's trademarks in connection with the sale of any unauthorized goods; (2) infringing upon the Magpul Marks; (3) unfairly competing with Magpul; (4) falsely representing themselves as being connected with Magpul; (5) using any reproduction, counterfeit, copy or colorable imitation of Magpul's trademarks in connection with publicity, promotion, or sale of goods, and; (6) affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation that describe or represent such goods as being those of Magpul; and $120,000.00 in monetary damages.

(ECF No. 72 at 13.)

The deadline for filing objections to the Report has passed, and neither party has filed objections. The Court has considered the Report, relevant legal authority, and the record in this

case. The Court finds the Report thorough and well reasoned and adopts it in every respect. Accordingly, the Court GRANTS Plaintiff's motion for default judgment.

**IT IS SO ORDERED.**

Dated: December 16, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California